UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                        RE:    Barbara Ann SHEPHARD
                                                 Docket Number:   2:07CR00130-01
                                                 <u>**ADVANCING JUDGMENT AND**</u>
                                                 <u>**COMMITMENT DATE**</u>

Your Honor:

Barbara Ann Shephard appeared before Your Honor on November 20, 2009, and admitted to both allegations in a violation petition. Sentencing was scheduled for February 19, 2010. It just came to my attention, the offender is scheduled to terminate supervised release on February 4, 2010, and since she was not ordered to court by a summons or warrant, her next court appearance must be advanced in order to preserve jurisdiction. It is respectfully requested that this matter be advanced on the court's calendar to Friday, January 29, 2010, at 9:00 a.m. and that the court date of February 19, 2010, at 9:00 a.m. be vacated.

                              Respectfully submitted,

                           /s/Kyriacos M. Simonidis for
                           **LORI L. KOEHNEN**
                           **Senior United States Probation Officer**

Dated:        January 5, 2010
                Sacramento, California
                LLK/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                            **KYRIACOS M. SIMONIDIS**
                            **Supervising United States Probation Officer**

RE: **Barbara Ann SHEPHARD**
Docket Number:  2:07CR00130-01
**ADVANCING JUDGMENT AND COMMITMENT DATE**

cc: Jason Hitt
Assistant United States Attorney

Benjamin Galloway
Defense Counsel

_____

(X) Advance on the court's calendar to January 29, 2010, at 9:00 a.m. and vacate the court date of February 19, 2010.

( ) Other:

Dated:  January 5, 2010

```
GARLAND E. BURRELL, JR.
United States District Judge
```