**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                            RE:    Barbara SHEPHARD
                                      Docket Number:   2:07CR00130-01
                                      <u>**CONTINUANCE REQUEST AND**</u>
                                      <u>**REQUEST FOR SUMMONS**</u>

Your Honor:

On November 20, 2009, Ms. Shephard admitted charges in a violation petition and the matter was set for sentencing on February 19, 2010.  However, a memo was sent to Your Honor and the matter was advanced to your January 29, 2010 calendar in order to preserve jurisdiction as her term of supervision was due to expire on February 4, 2010. After receipt of the dispositional memorandum, defense counsel would like an opportunity to explore options other than a commitment to the Bureau of Prisons. The Assistant U.S. Attorney, the Assistant Federal Defender and I have agreed to a continuance, however, the Court will lose jurisdiction if the matter is not heard on January 29, 2010.  The only exception is should the Court issue a summons to Ms. Shephard to appear at a date past February 4, 2010, then the Court will preserve jurisdiction.  All parties are in agreement that a summons should be issued by the Court and the matter continued to February 26, 2010, at 9:00.

It is respectfully recommended that a summons be issued and that this matter be placed on the Court's calendar on February 26, 2010, at 9:00 a.m.

                                     Respectfully submitted,

                                  /s/Kyriacos M. Simonidis for
                                  **LORI L. KOEHNEN**
                              **Senior United States Probation Officer**

**RE:   Barbara SHEPHARD**
**Docket Number:   2:07CR00130-01**
**CONTINUANCE REQUEST AND REQUEST FOR SUMMONS**

Dated:     January 27, 2010
           Sacramento, California
           LLK/cp

**REVIEWED BY:     /s/Kyriacos M. Simonidis**
                  **KYRIACOS M. SIMONIDIS**
                  **Supervising United States Probation Officer**

cc:   Jason Hitt
      Assistant United States Attorney

      Benjamin Galloway
      Defense Counsel

_____

**THE COURT ORDERS:**

(X)   The issuance of a summons (copy to Defense Counsel) ordering the defendant to appear in court on February 26, 2010, at 9:00 a.m. The summons is to be served by the probation officer.

( )   Other:

Dated:  January 27, 2010

                                    GARLAND E. BURRELL, JR.
                                    United States District Judge