UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                              RE:    Barbara SHEPHARD
                                     Docket Number:  2:07CR00130-01
                                     <u>**REQUEST TO ADVANCE**</u>
                                     <u>**SENTENCING HEARING ON COURT'S**</u>
                                     <u>**CALENDAR**</u>

Your Honor:

Ms. Shephard is scheduled to be sentenced on April 30, 2010, subsequent to violation proceedings.  There have been several court date changes in this case, the most recent continuance was to see how Ms. Shephard could progress in an intensive outpatient treatment program.

It is now being recommended that this matter be advanced on the court's calendar to Friday, March 19, 2010, at 9:00 a.m. because the offender provided a "stall" on February 23, 2010, followed by a methamphetamine positive on February 25, 2010.  On February 23, 2010, the offender indicated that she "stalled" because her pant leg got caught on the urine testing collection device and tipped it, pouring out the urine.  The onsite tester indicates there was no issue with Ms. Shephard's pantleg and she failed to provide the urine sample as directed.  Later on February 25, 2010, the offender provided a urine sample positive for amphetamine/methamphetamine. The positive drug test would seem to explain the "stall" two days earlier.  During a home contact on March 9, 2010, she admitted to having used methamphetamine again on March 8, 2010.

 The original recommendation tendered in this case is not being changed.  Ms. Shephard has been working an intensive outpatient treatment, has recently been more communicative with the probation officer and seemed to be making positive changes in her life. Apparently, Ms. Shephard's honesty was superficial and manipulative.  She continues

RE:     Barbara SHEPHARD
        Docket Number:  2:07CR00130-01
        **REQUEST TO ADVANCE SENTENCING HEARING ON COURT'S CALENDAR**

to use drugs, and then tries to avoid being detected by blaming the drug tester or using a device to avoid submitting her own urine.  She just cannot be honest and admit she has relapsed or seek help.

It is respectfully recommended that this matter be advanced on the court's calendar from April 30, 2010 to March 19, 2010 at 9:00 a.m.  All parties have been contacted and agree to advancing the hearing date.

Respectfully submitted,

/s/Kyriacos M. Simonidis for
LORI L. KOEHNEN
Senior United States Probation Officer

Dated:   March 10, 2010
         Sacramento, California
         LLK/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

cc:   Jason Hitt
      Assistant United States Attorney

      Benjamin Galloway
      Defense Counsel

RE:   Barbara SHEPHARD
      Docket Number:   2:07CR00130-01
      **REQUEST TO ADVANCE SENTENCING HEARING ON COURT'S CALENDAR**

_____

**THE COURT ORDERS:**

(X)   Matter to be advanced on the court's calendar from April 30, 2010 to March 19, 2010 at 9:00 a.m.

( )   Court date to remain as scheduled.

( )   Other:

Dated:  March 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge